# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-07055 |
| BRENNAN RADER | |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-2-101(1) | Driving Without a Valid License | 9/7/2005 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 15, 2006
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

s/Craig B. Shaffer
U.S. Magistrate Judge
Name & Title of Judicial Officer

November 30, 2006
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $250.00 | |
| **TOTALS** | $10.00 | $250.00 | $0.00 |

Fine shall be paid in two installments of $125.00 each over the next two months.

Defendant shall complete Level II drug/alcohol education, shall bear the expense of same and shall provide proof of completion to the government within three months. Defendant shall complete 48 hours of community service, 2 with the MADD organization and shall provide proof of completion to the government.